USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Doncouse,

        Plaintiff,

–v–

Birkenstock, USA, LP,

        Defendants.

21-cv-02380 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court determines that a conference is unnecessary and will enter the parties' case management plan without a conference.

    SO ORDERED.

Dated: August 5, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1